FILED

Jun 25 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ AI        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ___'25 CR2548 WQH___ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine; Title 18, U.S.C., Secs. 1956(a)(2)(A), 1956(a)(2)(B)(i), and 1956(h) – Conspiracy to Launder Monetary Instruments; Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(2)(B)(i) – Conspiracy to Transport Aliens within the United States for Financial Gain; Title 18, U.S.C., Secs. 982(a)(1), 982(a)(6), and 982(b), Title 8, U.S.C., Sec. 1324(b), Title 21, U.S.C., Sec. 853, and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| FAUSTO DAMIAN ESCAMILLA-CAMPOS, | |
| Defendant. | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to January 16, 2025, within the Southern District of California, and elsewhere, defendant FAUSTO DAMIAN ESCAMILLA-CAMPOS, did knowingly and intentionally conspire with other persons known and unknown to the

MJS:cms:San Diego:6/24/25

grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 2

Beginning on a date unknown to the grand jury and continuing up to January 16, 2025, within the Southern District of California, and elsewhere, defendant FAUSTO DAMIAN ESCAMILLA-CAMPOS, did knowingly and intentionally conspire and agree with other persons, known and unknown to the Grand Jury:

a. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, the felonious importation and distribution of controlled substances punishable under Title 21, United States Code, Chapter 13, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

b. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, the

2

felonious importation and distribution of controlled substances punishable under Title 21, United States Code, Chapter 13, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

Count 3

Beginning on an unknown date to the grand jury and continuing up to and including January 16, 2025, within the Southern District of California and elsewhere, defendant FAUSTO DAMIAN ESCAMILLA-CAMPOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that certain aliens had not received prior official authorization to come to, enter, or reside in the United States, did conspire with others known and unknown to the grand jury, to transport and move said aliens within the United States, and did so for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(2)(B)(i).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 982(a)(1), 982(a)(6) and 982(b), Title 8, United States Code, Section 1324(b), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code,

Sections 853(a)(1) and 853(a)(2), defendant FAUSTO DAMIAN ESCAMILLA-CAMPOS, shall forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation.  The property to be forfeited includes, but is not limited to a 2022 Ford F150 Raptor Supercrew VIN: 1FTFW1RG3NFC04827.

3.  Upon conviction of the offense alleged in Count 2 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant FAUSTO DAMIAN ESCAMILLA-CAMPOS, shall forfeit to the United States, all property, real and personal, involved in such offense, and all property traceable to such property.  The property to be forfeited includes, but is not limited to a 2022 Ford F150 Raptor Supercrew VIN: 1FTFW1RG3NFC04827.

4.  Upon the conviction of the offense alleged in Count 3 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(6)(A), Title 8, United States Code, Section 1324(b), and Title 28, United States Code, Section 2461(c), all conveyances used in the commission of the offense, all property, real and personal, that constitutes and is derived from and is traceable to the proceeds obtained directly and indirectly from the commission of the offense, and all property used to facilitate or intended to be used to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to a 2022 Ford F150 Raptor Supercrew VIN: 1FTFW1RG3NFC04827.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

4

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

DATED: June 25, 2025.

ADAM GORDON
United States Attorney

By: _____
MATTHEW J. SUTTON
Assistant U.S. Attorney

5